# Court of Appeals
# of the State of Georgia

ATLANTA, __April 24, 2012__

*The Court of Appeals hereby passes the following order:*

**A12A1439. WHITTLESEY, LLC v. DEPARTMENT OF TRANSPORTATION.**

The Department of Transportation filed a condemnation petition, which Whittlesey, LLC moved to set aside under OCGA § 32-3-11. The trial court denied the motion, and Whittlesey filed this direct appeal.[1] However, "the pendency of the valuation issue in the superior court precludes an appellate court from having jurisdiction over the appeal of the nonvaluation ruling unless the interlocutory appeal procedures are followed." *TJW Enterprises, LLLP v. Henry County*, 261 Ga. App. 547, 548 (583 SE2d 144) (2003). Whittlesey's failure to follow the interlocutory appeal procedures of OCGA § 5-6-34 (b) deprives us of jurisdiction over this appeal, which is hereby DISMISSED. See id.



Court of Appeals of the State of Georgia
Clerk's Office, Atlanta, __04/24/2012__
I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.
Witness my signature and the seal of said court hereto affixed the day and year last above written.

_____ , Clerk.

---

[1] Whittlesey appealed to the Supreme Court, which transferred the case here.